# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2117
Lower Tribunal No. 2017-CF-004572-A-O

_____

WILVENSON DARIUS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Leticia Marques, Judge.

February 24, 2026

PER CURIAM.

AFFIRMED.

MIZE, BROWNLEE and PRATT, JJ., concur.


Wilvenson Darius, Crestview, pro se.

James Uthmeier, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED